January 5, 1982.

441 A.2d 763

Blank, Appellants v. Wise Foods, Inc.

Argued December 1, 1980. Stuart A. Cilo, for appellants; Donald Brobst, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed on the comprehensive opinions of Judge Myers.